UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JAMES BANKSTON AND** | * | **CIVIL ACTION** |
| **HEATHER BERTHELOT** | * | |
| | * | |
| **VERSUS** | * | **SECTION** |
| | * | |
| **IMAGINE POOLS MANUFACTURING** | * | **JUDGE** |
| **NORTH AMERICA, INC.,** | * | |
| **MARDI GRAS POOLS, L.L.C., AND** | * | |
| **LEISURE POOLS AND SPAS USA, INC.** | * | **MAGISTRATE** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come James Bankston and Heather Berthelot (hereinafter "Plaintiffs"), who respectfully represent as follows:

**1.**

The following parties are made defendants:

a) Imagine Pools Manufacturing North America, Inc., a Nevada corporation having its principal place of business in Knoxville, Tennessee;

b) Mardi Gras Pools, L.L.C., a Louisiana limited liability company, the only member of which, Victoria Kitchell, is a resident of and domiciled in the State of North Carolina; and

–1–

  c)  Leisure Pools and Spas USA, Inc., a Nevada corporation having its principal place of business in Knoxville, Tenn7essee, which from time to time operates using the trade name Imagine Pools.

Leisure Pools and Spas USA, Inc. d/b/a Imagine Pools and Imagine Pools Manufacturing North America, Inc., are hereinafter collectively referred to as "Manufacturer Defendants."

**2.**

This court has jurisdiction over this matter because the plaintiffs are diverse in citizenship from all defendants and the amount in controversy exceeds $75,000. Venue is proper in this judicial district because the events upon which this action is based took place in Tangipahoa Parish, Louisiana.

**3.**

On or about April 27, 2021, Plaintiffs contacted Manufacturer Defendants and Defendants referred Plaintiffs to a certified Imagine Pools installer. Plaintiffs were referred to Kenneth Kitchell of Mardi Gras Pools as a certified Imagine Pools installer.

**4.**

At the time that the Manufacturer Defendants recommended Kitchell and Mardi Gras Pools, Kitchell was not licensed as a contractor in Louisiana to install residential pools, had a history of criminal activity, including theft by fraud and operating as a contractor without a license, and had apparently not been vetted in any way by the Manufacturer Defendants. Nevertheless, he was certified as an Imagine Pools installer,

which gave him access to Plaintiffs' property and cloaked him with a seal of approval enabling him to act to the detriment of Plaintiffs as set forth herein.

**5.**

In May 2021, Plaintiffs signed a Purchase Agreement and advanced $35,000.00 to Mardi Gras Pools to secure their pool and a start date.

**6.**

In August 2021, Mardi Gras Pools broke ground for the pool. No type of ground preparation was performed, no sub-base or leveling of the ground under the pool was performed, and the pool was simply dropped into an unprepared hole. The improper installation of the pool caused a major dip running the full length of the pool and resulted in the pool cracking and settling. For example, Plaintiffs were able to measure eight (8) inches of sag in the center of the deep end of the pool.

**7.**

On August 9, Plaintiffs contacted the Manufacturer Defendants and explained the problems with the installation. On August 14, 2021, Plaintiffs followed up with the Manufacturer Defendants to provide pictures of the cracks in the pool.

**8.**

Apparently dissatisfied with the repairs done by Mardi Gras Pools, the Manufacturer Defendants' factory representatives made a site visit to Plaintiffs' home on August 19, 2021. That day Trent, an employee representative of the Manufacturer Defendants, started to make repairs. During the repairs, Trent made several statements of concern

regarding the installation performed by Mardi Gras Pools.

**9.**

As of the end of December 2021, there was still no resolution regarding the repair work on the pool. Don White, warranty manager with the Manufacturer Defendants, responded that "Ken" [Kitchell] would come by to perform some additional work. He also stated that "the warranty on the pool will remain in effect as stated in the warranty."

**10.**

As of the time of filing of this action, the issues with the pool have still not been resolved. It is unlikely that the pool can be repaired without complete removal of the pool, destruction of the sun deck, and replacement of most of the surrounding deck and pool components.

**11.**

Because of the actions of Mardi Gras Pools and the Manufacturer Defendants, Plaintiffs will be required to repair or replace their pool. Moreover, Plaintiffs have lost the enjoyment anticipated relative to the installation of a pool, instead suffering aggravation, embarrassment and emotional upheaval.

**12.**

The Manufacturer Defendants are liable to Plaintiffs in the following non-exclusive particulars:

    a)    representing as a certified pool installer and negligently referring Plaintiffs to a company that did not even have a license to install residential pools;

b)  failing completely to vet or otherwise background check their "certified pool installers" before putting them in contact with unknowing consumers;

c)  vouching for a criminal who did not even have a contracting license to do the work on Plaintiffs' pool;

d)  failing to be responsive to the serious complaints of Plaintiffs regarding the actions of Mardi Gras Pools;

e)  having their own employee fail to make the appropriate repairs when he went out to see what Mardi Gras Pools had done;

f)  failing to honor the warranty of the Manufacturer Defendants; and

g)  other acts of negligence which may be established at the trial of this matter.

**13.**

Mardi Gras Pools is liable to Plaintiffs for the following acts:

a)  installing the pool in an unsafe and improper manner;

b)  failing to remedy the improper installation when it was pointed out;

c)  attempting installation of the pool without the proper license or knowledge to do so;

d)  failing to remedy its mistakes;

e)  taking Plaintiffs' money without properly installing and/or repairing the pool; and

f)  other acts of negligence which may be established at the trial of this matter.

**WHEREFORE**, Plaintiffs pray that after due proceedings be had, there be judgment in their favor and against defendants, Imagine Pools Manufacturing North America, Inc., Mardi Gras Pools, L.L.C., and Leisure Pools and Spas USA, Inc., in an amount sufficient to compensate them for the damages detailed above, for all costs of this action, for attorneys' fees, for interest from the date of judicial demand, and for all general and equitable relief.

            Respectfully submitted,

            */s/ Gary J. Gambel*
            _____
            GARY J. GAMBEL (#19864)
            MURPHY, ROGERS, SLOSS, GAMBEL
             & TOMPKINS
            Suite 400, One Shell Square
            701 Poydras Street
            New Orleans, Louisiana    70139
            Telephone:    (504) 523-0400
            Facsimile:     (504) 523-5574
            ggambel@mrsnola.com


            JENNIFER N. WILLIS (14877)
            WILLIS & BUCKLEY, APC
            3723 Canal Street
            New Orleans, Louisiana      70119
            Telephone:    (504) 488-6301
            Facsimile:     (504) 488-6302
            jenniferw@willisbuckley.com

**PLEASE SERVE:**

**IMAGINE POOLS MANUFACTURING NORTH AMERICA, INC.**
**Through its registered agent for service of process**
**COGENCY GLOBAL INC.**
**321 W. WINNIE LANE #104**
**Carson City, NV, 89703, USA**

**MARDI GRAS POOLS, L.L.C.**
**Through its registered agent for service of process**
**INCORP SERVICES, INC.**
**3867 PLAZA TOWER DR., 1ST FLOOR**
**BATON ROUGE, LA 70816**

**LEISURE POOLS AND SPAS USA, INC.**
**Through its registered agent for service of process**
**COGENCY GLOBAL INC.**
**321 W. WINNIE LANE #104**
**Carson City, NV, 89703, USA**

4865-9656-5279, v. 2